B6A (Official Form 6A) (12/07)

In re **Stephen A. Roberts,**                Case No. ___**09-35236**___
       **Jennifer A. Roberts**

_____ ,
                         Debtors

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1804 Earl Drive, Bel Air, MD  21015** | | J | 475,000.00 | 488,982.00 |
| **13250 SW 4th Ct.**<br>**New Hampton G-415**<br>**Pembroke Pines, FL  33027** | | H | 29,492.00 | 65,737.00 |
| **1444 S. 13th St., Harrisburg, PA** | | H | 21,000.00 | 36,686.00 |
| **337 S. 3rd St., Steelton, PA** | | H | 19,900.00 | 47,239.08 |
| **1612 Paxton St., Harrisburg, PA** | | H | 12,000.00 | 47,105.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **557,392.00** | (Total of this page) |
| Total > | **557,392.00** | |

**0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com           Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Stephen A. Roberts,**
**Jennifer A. Roberts**

Case No. ___**09-35236**___

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Steven Roberts - $100; Jennifer Roberts - $60** | **J** | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **USAA Checking Account and USAA Savings Account** | **J** | **300.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Living room set, Dining room set, kitchen table and chairs, appliances, 2 bookshelves, master bedroom set, spare room bed, spare room dresser, spare room desk, 10 lamps, toddler bed and dresser, baby crib, changing table and dresser, children's toys, books and clothes, DVD/VCR, 32 inch TV, 3 15 inch TVs, Printer, Vacuum, riding lawn mower, push mower, weed whacker, patio table and chairs.** | **J** | **5,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Used books and CDs** | **J** | **150.00** |
| 6. Wearing apparel. | | **Suits, Dresses, Every day Clothes** | **J** | **200.00** |
| 7. Furs and jewelry. | | **Wedding Rings** | **J** | **2,000.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Digital camera, video camera, weight set, 3 children's bikes, 2 adult bikes** | **J** | **200.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | **X** | | | |

Sub-Total >    **7,900.00**
(Total of this page)

___**3**___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re **Stephen A. Roberts,**  Case No. **09-35236**
  **Jennifer A. Roberts** ,
                                       Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **USAA 529 Plan for son** | **J** | **15,600.00** |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Traditional IRA** | **H** | **2,031.57** |
| | | **Traditional IRA** | **W** | **21,964.00** |
| | | **401K Plan** | **H** | **33,131.00** |
| | | **Government TSP** | **W** | **19,800.00** |
| | | **Government TSP** | **H** | **18,800.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >      **111,326.57**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Stephen A. Roberts,**
      **Jennifer A. Roberts**
                                                                      Case No. ___**09-35236**_____
                                                            ,
                                        Debtors
## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Honda Odyssey** | **J** | **2,500.00** |
| | | **2006 Toyota Prius** | **H** | **9,225.00** |
| | | **2001 Nissan Altima** | **J** | **2,150.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >        **13,875.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Stephen A. Roberts,**
**Jennifer A. Roberts**

Case No. **09-35236**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Military uniforms, text books and trade specific books** | **J** | **300.00** |

|  | |
|---|---|
| Sub-Total > (Total of this page) | **300.00** |
| Total > | **133,401.57** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re      **Stephen A. Roberts,**                                                    Case No.     **09-35236**
          **Jennifer A. Roberts**
                                                                            ,
                                                Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Steven Roberts - $100; Jennifer Roberts - $60 | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | 50.00 | 50.00 |
| **Household Goods and Furnishings** | | | |
| Living room set, Dining room set, kitchen table and chairs, appliances, 2 bookshelves, master bedroom set, spare room bed, spare room dresser, spare room desk, 10 lamps, toddler bed and dresser, baby crib, changing table and dresser, children's toys, books and clothes, DVD/VCR, 32 inch TV, 3 15 inch TVs, Printer, Vacuum, riding lawn mower, push mower, weed whacker, patio table and chairs. | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)**<br>**Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** | 3,000.00<br><br>2,000.00 | 5,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Used books and CDs | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | 150.00 | 150.00 |
| **Wearing Apparel** | | | |
| Suits, Dresses, Every day Clothes | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)** | 200.00 | 200.00 |
| **Furs and Jewelry** | | | |
| Wedding Rings | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | 2,000.00 | 2,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Digital camera, video camera, weight set, 3 children's bikes, 2 adult bikes | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)** | 200.00 | 200.00 |
| **Interests in an Education IRA or under a Qualified State Tuition Plan** | | | |
| USAA 529 Plan for son | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h) Not part of the Estate 11-504(b)(6)** | 2,700.00 | 15,600.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Traditional IRA | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** | 2,031.57 | 2,031.57 |
| Traditional IRA | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** | 22,964.81 | 21,964.00 |
| 401K Plan | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** | 23,000.00 | 33,131.00 |
| Government TSP | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** | 19,800.00 | 19,800.00 |
| Government TSP | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** | 18,800.00 | 18,800.00 |

___**1**___   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re   **Stephen A. Roberts,**
　　　　**Jennifer A. Roberts**
_____,
　　　　　　　　　　　　　　Debtors

Case No. ____**09-35236**_____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2001 Honda Odyssey** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)** | **2,500.00** | **2,500.00** |
| **2006 Toyota Prius** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **9,225.00** | **9,225.00** |
| **2001 Nissan Altima** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **2,150.00** | **2,150.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Military uniforms, text books and trade specific books** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(1)** | **300.00** | **300.00** |

|  | Total: | **111,071.38** | **133,101.57** |
|---|---|---:|---:|

Sheet ___**1**___ of ___**1**___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Stephen A. Roberts,**        Case No. ___**09-35236**___
**Jennifer A. Roberts**

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3640045254778** <br><br> **Aurora Loan Services** <br> **Attn: Bankruptcy** <br> **Po Box 1706** <br> **Scottsbluff, NE 69363** | | H | **Opened  2/01/07  Last Active  5/12/08** <br><br> **1612 Paxton St., Harrisburg, PA** <br><br><br> Value $                    **12,000.00** | | | | **47,105.00** | **35,105.00** |
| Account No. **9540044080109** <br><br> **Mortgage Service Center** <br> **Sbrp - 4001 Leadenhall Rd** <br> **Mt Laurel, NJ 08054** | | J | **Opened  6/26/07  Last Active  6/02/08** <br><br> **1804 Earl Drive, Bel Air, MD  21015** <br><br><br> Value $                  **475,000.00** | | | | **488,982.00** | **13,982.00** |
| Account No. <br><br> **OCWEN Loan Servicing, LLC** <br> **P.O. Box 24781** <br> **West Palm Beach, FL 33416-4818** | | J | **337 S. 3rd St., Steelton, PA** <br><br><br><br> Value $                    **19,900.00** | | | | **47,239.08** | **27,339.08** |
| Account No. **15574510207** <br><br> **Taylor, Bean & Whitaker** <br> **Attn: Bankruptcy** <br> **1417 N Magnolia Ave** <br> **Ocala, FL 34475** | | H | **Opened  2/01/07  Last Active  4/01/08** <br><br> **1444 S. 13th St., Harrisburg, PA** <br><br><br> Value $                    **21,000.00** | | | X | **36,686.00** | **15,686.00** |

__1___  continuation sheets attached

Subtotal
(Total of this page)        **620,012.08**        **92,112.08**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re     **Stephen A. Roberts,**                                                        Case No. _____**09-35236**_____
        **Jennifer A. Roberts**

_____,
                             Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **82808486** <br><br>**USAA Federal Savings Bank** <br>**10750 Mcdermott Fwy** <br>**San Antonio, TX 78288** | | J | **Opened 3/24/05 Last Active 5/02/08** <br><br>**13250 SW 4th Ct.** <br>**New Hampton G-415** <br>**Pembroke Pines, FL 33027** <br><br> Value $      **29,492.00** | | X | | **65,737.00** | **36,245.00** |
| Account No. <br><br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br><br> Value $ | | | | | | | | |

Sheet __**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **65,737.00** | **36,245.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **685,749.08** | **128,357.08** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re     **Stephen A. Roberts,**                          Case No.     **09-35236**
              **Jennifer A. Roberts**
                                                                       ,
                                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                       **3**     continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re      **Stephen A. Roberts,**                                    Case No. ___**09-35236**___
              **Jennifer A. Roberts**
                                                              ,
                                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-xx-1810**<br><br>**Broward County Tax Collector<br>PO Box 29009<br>Fort Lauderdale, FL 33302-9009** | | J | **10/31/2007**<br><br>**Property tax, penalties and interest** | | | | **2,919.91** | **941.90**<br><br>**1,978.01** |
| Account No. **xxxxxx-xx-1810**<br><br>**Broward County Tax Collector<br>PO Box 29009<br>Fort Lauderdale, FL 33302-9009** | | J | **10/31/2009**<br><br>**Property tax and interest** | | | | **1,356.16** | **54.25**<br><br>**1,301.91** |
| Account No. **02059013**<br><br>**City of Harrisburg<br>10 N. Second Street<br>Harrisburg, PA 17101-1679** | | J | | | | | **147.16** | **Unknown**<br><br>**Unknown** |
| Account No. **xxx xxxx xxx# xx2877**<br><br>**City of Philadelphia<br>Revenue Collection Bureau, Inc.<br>5900 Torresdale Avenue<br>Philadelphia, PA 19135** | | J | **Subway - Philadelphia wage and federal 941 repayment taxes, penalties and interest** | | | | **6,600.00** | **1,400.00**<br><br>**5,200.00** |
| Account No. **83-565-244**<br><br>**Commonwealth of PA<br>Department of Revenue<br>P.O. Box 280905<br>Harrisburg, PA 17128-0905** | | J | **Business Sales Taxes** | | | | **22,103.00** | **5,253.00**<br><br>**16,850.00** |

Sheet __**1**___ of __**3**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | **7,649.15** |
| (Total of this page)   **33,126.23** | **25,329.92** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Stephen A. Roberts,**
        **Jennifer A. Roberts**
                                                                    ,
                                                    Case No. ___**09-35236**___
                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Comptroller of Treasury State of Maryland 301 W. Preston Street Baltimore, MD 21201** | | J | **2007 Income Taxes** | | | | **458.33** | **0.00** | **458.33** |
| Account No.<br>**Dauphin County Treasurer Courthouse Room 105 Front & Market Streets Harrisburg, PA 17101** | | J | **Real Estate Taxes, Harrisburg and Dauphin Co. taxes 1444 S 13th Street** | | | | **1,269.87** | **62.54** | **1,207.33** |
| Account No.<br>**Dauphin County Treasurer Courthouse Room 105 Front & Market Streets Harrisburg, PA 17101** | | J | **Real estate taxes, Harrisburg and Dauphin Co taxes 1612 Paxton Street** | | | | **0.00** | **0.00** | **0.00** |
| Account No.<br>**Dept. of Treasury Internal Revenue Service 600 Arch St., Room 5200 Philadelphia, PA 19105** | | J | **Payroll Taxes** | | | | **9,000.00** | **0.00** | **9,000.00** |
| Account No.<br>**Dept. of Treasury Internal Revenue Service Philadelphia, PA 19154** | | H | **Personal Taxes** | | | | **3,980.00** | **1,000.00** | **2,980.00** |

Sheet __**2**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal / (Total of this page)   **14,708.20**   **1,062.54**   **13,645.66**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re     **Stephen A. Roberts,**                                      Case No. __**09-35236**__
          **Jennifer A. Roberts**
                                                          ,
                                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Dept. of Treasury** <br> **Internal Revenue Service** <br> **Philadelphia, PA 19154** | | J | **2007 Subway payroll taxes, penalties and interest** | | | | 22,103.00 | 5,253.00 <br><br> 16,850.00 |
| Account No. **xxxx1017** <br><br> **Marianne F. Redier** <br> **Tax Collector** <br> **123 North Front Street** <br> **Harrisburg, PA 17113** | | J | **Real estate taxes, Steelton and Dauphin County** | | | | 577.60 | 63.01 <br><br> 514.59 |
| Account No. **xxxxx176-6** <br><br> **Office of the City Treasurer** <br> **City Government Center** <br> **10 N. 2nd Street** <br> **Suite 103** <br> **Harrisburg, PA 17101** | | J | **1444 S. 13th St., Harrisburg, PA** | | | | 773.34 | 0.00 <br><br> 773.34 |
| Account No. <br><br> **PA Dept. of Revenue** <br> **Unemployment Compensation Fund** <br> **7th and Foster Streets** <br> **Harrisburg, PA 17121** | | J | **Subway unemployment comp fund taxes, penalties and interest** | | | | 3,500.00 | 600.00 <br><br> 2,900.00 |
| Account No. | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 26,953.94 | 5,916.01 <br> 21,037.93 |
| Total (Report on Summary of Schedules) | 74,788.37 | 14,627.70 <br> 60,013.51 |

**B6G (Official Form 6G) (12/07)**

.

In re     **Stephen A. Roberts,**                                    Case No. ___**09-35236**_____
          **Jennifer A. Roberts**
_____ ,
                              Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                            Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Stephen A. Roberts**
       **Jennifer A. Roberts**              Case No.    **09-35236**
                             Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter**<br>**Son** | AGE(S):<br>**2**<br>**5**<br>**6** |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Captain** | **Captain** |
| Name of Employer | **United States Army** | **Stay at home mom** |
| How long employed | | |
| Address of Employer | **DFAS**<br>**8899 East 56th Street**<br>**Indianapolis, IN 46249** | |
| *See Attachment for Additional Employment Information | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **8,912.84** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **8,912.84** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **984.76** | $ **0.00** |
|     b. Insurance | $ **58.72** | $ **0.00** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify):   **Thrift Savings Plan** | $ **953.38** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **1,996.86** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **6,915.98** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **6,915.98** | $ **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **6,915.98** | |

                   (Report also on Summary of Schedules and, if applicable, on
                   Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6I (Official Form 6I) (12/07)

In re    **Stephen A. Roberts**
      **Jennifer A. Roberts**            Case No.   **09-35236**
                 Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
### Attachment for Additional Employment Information

| Debtor | |
|---|---|
| Occupation | |
| Name of Employer | **Constellation Energy** |
| How long employed | |
| Address of Employer | |

B6J (Official Form 6J) (12/07)

In re   **Stephen A. Roberts**
**Jennifer A. Roberts**       Case No.  **09-35236**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 4,284.00 |
|   a. Are real estate taxes included?    Yes ___   No **X** | |
|   b. Is property insurance included?    Yes ___   No **X** | |
| 2. Utilities:  a. Electricity and heating fuel | $ 450.00 |
|     b. Water and sewer | $ 42.00 |
|     c. Telephone | $ 175.00 |
|     d. Other **Trash/Cable/Internet/ADT/HOA** | $ 235.00 |
| 3. Home maintenance (repairs and upkeep) | $ 200.00 |
| 4. Food | $ 600.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 15.00 |
| 7. Medical and dental expenses | $ 80.00 |
| 8. Transportation (not including car payments) | $ 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 285.00 |
| 10. Charitable contributions | $ 250.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 110.00 |
|     b. Life | $ 0.00 |
|     c. Health | $ 0.00 |
|     d. Auto | $ 180.00 |
|     e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|   (Specify) **Real estate taxes** | $ 150.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 0.00 |
|     b. Other **Student loans** | $ 800.00 |
|     c. Other **401K Loan Repayment** | $ 800.00 |
| 14. Alimony, maintenance, and support paid to others | $ 569.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other **Educational Expenses for Children** | $ 387.00 |
|     Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 10,212.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ 6,915.98 |
| b.  Average monthly expenses from Line 18 above | $ 10,212.00 |
| c.  Monthly net income (a. minus b.) | $ -3,296.02 |

# United States Bankruptcy Court
## District of Maryland

In re    **Stephen A. Roberts**
       **Jennifer A. Roberts**                           Case No.    **09-35236**

                               Debtor(s)           Chapter    **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing document(s), consisting of    **10**    page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 13, 2010**                    Signature    **/s/ Stephen A. Roberts**

                                                     **Stephen A. Roberts**

                                                     Debtor

Date   **March 13, 2010**                    Signature    **/s/ Jennifer A. Roberts**

                                                     **Jennifer A. Roberts**

                                                     Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.